UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
     Plaintiff


v.

                                Case No.   10-cr-112-01/02-SM


John R. Wiehl and
Franklin Non-Ferrous Foundry, Inc.,
     Defendants


O R D E R


Defendant John Wiehl's motion to continue the final pretrial conference and

trial is granted in part (document no. 32).   Case to be set for trial during the

January 2012 trial period; a change of plea hearing has been scheduled for Friday,

January 6, 2012 at 3:00 p.m. Defendant Wiehl shall file a waiver of speedy trial

rights not later than December 19, 2011.   On filing of such waiver, the

continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendants in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing is scheduled for January 6, 2012 at 3:00 p.m.

If necessary, the Final Pretrial Conference is scheduled for January 6, 2012 at 3:00 p.m.

Jury selection will take place on January 18, 2012 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

December 13, 2011

cc:    Bjorn Lange, Esq.
       Glenn Geiger, Esq.
       Mark Zuckerman AUSA
       U.S. Marshal
       U.S. Probation